UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
WACO, TEXAS

| | |
|---|---|
| DIKE INTERNATIONAL CO., LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCOPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>Defendants. | Civil Action No. 6:24-cv-00394-ADA-JCM |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dike International Co., Limited ("Dike" or "Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendant:

| No. | Defendant Name |
|---|---|
| 21 | SHOP FOR DIY CREATIVE PATTERN |
| **No.** | **Online Marketplaces/Store ID** |
| 21 | 4898538462268 |

Prior to the filing of this notice, Defendant has yet to file an answer or motion for summary judgment.

DATED October 14, 2024.                                       Respectfully submitted,

1

By: <u>*/s/ Tong Jin*</u>
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Tong Jin
Texas Bar No. 24110051
tjin@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the Western District of Texas, Waco Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

<u>*/s/ Tong Jin*</u>
Tong Jin

2